USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-10

**ROBERT MARINELLI**
ATTORNEYS AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 822-1428

RECEIVED MAR 9 2010
CHAMBERS OF
RONALD L. ELLIS

March 9, 2010

By Hand
The Honorable Ronald L. Ellis
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: *Scott v. City of New York et. als., 09-cv-06892 (JGK)(RLE)*

Your Honor:

I represent the plaintiff in this civil rights case. I write to request that the settlement conference currently scheduled for March 15, 2010 at 2:30 p.m. be adjourned. Unfortunately, I am still waiting to receive certain medical records. I have spoken with my adversary, Katherine Smith, Esq., and she consents to this adjournment.

If April 6, 2010 at 2:30 p.m. is available, this is a time convenient to all counsel.

Thank you,

Robert Marinelli

Cc: Katherine Smith, Esq., by fax

SO ORDERED 3-11-10
MAGISTRATE JUDGE RONALD L. ELLIS